IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CEDRIC WATKINS**                                                        **PLAINTIFF**

v.                           Case No. 5:09-cv-280-DPM

**MICHAEL ASTRUE, Commissioner**
**Social Security Administration**                                        **DEFENDANT**

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition in this social security case and conducted a careful review of the record. Watkins filed no objections. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Judge Ray's Proposed Findings and Recommended Disposition as its own.  FED R. CIV P. 72(b).  The Commissioner's final decision is affirmed. Watkins's complaint is dismissed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 Sept. 2010